■ In the Matter of CONRAD WILLIAMS, Appellant, v MARY JO BANE, as Commissioner of New York State Department of Social Services, Respondent. [632 NYS2d 974] —Appeal by the petitioner from a judgment of the Supreme Court, Queens County (Dye, J.), dated April 28, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Dye at the Supreme Court. Bracken, J. P., Rosenblatt, Santucci and Joy, JJ., concur.